**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LUIS FERNANDO CACERES AGUIRRE, | :   Civil No. 1:26-CV-01163 |
| | : |
| Petitioner, | : |
| | : |
| v. | : |
| | : |
| WARDEN, PIKE COUNTY CORRECTIONAL FACILITY, | : |
| | : |
| Respondent. | :   Judge Jennifer P. Wilson |

## MEMORANDUM

On June 2, 2026, the court entered a memorandum and order granting Petitioner's petition for writ of habeas corpus. (Docs. 10, 11.) The court ordered a new individualized bond hearing before an immigration judge and required Petitioner to file a status report to update the court on the bond hearing. (Doc. 11.) Because of this, the court did not enter judgment or close the case at that time. Now, a bond hearing was held as ordered and the court was advised of that hearing by Respondents. (Doc. 12.) Accordingly, the court will now issue an appropriate order entering judgment in favor of Petitioner and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date: July 2, 2026